[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12708

_____

KATHERINE M. RUDD,
TIFFANY RUDD ATKINSON,
individually, and as Co-trustees of the
J.W. Goodwin and Virginia M. Goodwin
Grandchildren's Trust,

                              Plaintiffs-Appellants,

_versus_

BRANCH BANKING AND TRUST COMPANY,
Co-trustee of the Joy Goodwin Adams Irrevocable
Trust dated 01/02/87 and the Joy Goodwin Adams
Irrevocable Trust dated, 07/19/89,

                    Defendant-Third Party Plaintiff-Appellee,

2                    Opinion of the Court                    23-12708

WELLS FARGO BANK N.A.,

in its corporate capacity and as Co-trustee

of the Joy Goodwin Adams Irrevocable Trust

dated 01/02/87 and the J.W. Goodwin Marital Trust,

                                                            Defendant,

JOY G. ADAMS,

                                        Defendant-Third Party Defendant.

————————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:13-cv-02016-SGC

————————————————

Before JILL PRYOR, BRANCH, and HULL, Circuit Judges.

PER CURIAM:

        Plaintiffs Katherine M. Rudd and Tiffany Rudd Atkinson filed this action against defendant Branch Banking and Trust Company ("BB&T") and asserted claims for breach of fiduciary duty. After extensive discovery, defendant BB&T filed motions for summary judgment, which plaintiffs Rudd and Atkinson opposed.

23-12708                Opinion of the Court                3

The district court granted BB&T's motions for summary judgment and entered final judgment.  Rudd and Atkinson timely appealed.

After review of the parties' thorough briefs, and with the benefit of oral argument, we discern no reversible error in the district court's grant of summary judgment for BB&T. Accordingly, we affirm the final judgment in favor of BB&T on the plaintiffs' operative complaint.

**AFFIRMED.**